UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CHARLES BOUWMAN,

    Petitioner,

v.
                                            Case No. 1:15-CV-1327

HEIDI E. WASHINGTON,                      HON. GORDON J. QUIST

    Respondent.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Petitioner, David Charles Bouwman, filed a habeas corpus action under 28 U.S.C. § 2254 on December 22, 2015. (ECF No. 1.) Respondent, Heidi Washington, responded on July 15, 2016. (ECF No. 6.) Magistrate Judge Philip Green issued a Report and Recommendation (R & R) on January 18, 2018, recommending that the Court deny the habeas petition. (ECF No. 10.)

Pursuant to Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1), a party "may serve and file specific written objections" to the R & R within 14 days of service of the R & R, and the Court is to consider any objections properly made. Objections were due February 1, 2018. Bouwman has not filed timely objections. Therefore, any objections are deemed waived. *See Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012).

Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (ECF No. 10) is hereby **APPROVED AND ADOPTED** as the Opinion of this Court, and Petitioner's habeas corpus petition (ECF No. 1) is **DENIED**.

This case is concluded.

A separate judgment will issue.


Dated: March 5, 2018  /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE